1 BRIAN J. STRETCH (CABN 163973)
United States Attorney

2
DAVID R. CALLAWAY (CABN 121782)
3 Chief, Criminal Division

4 KIMBERLY E. HOPKINS (MABN 668608)
Assistant United States Attorney
5
    450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
    Telephone: (415) 436-7200
7     FAX: (415) 436-7234
    Kimberly.hopkins@usdoj.gov
8
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 15-71192 MAG |
| v. | ) |
| FRANCISCO GONZALEZ, | ) **AMENDED** STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF PRELIMINARY HEARING AND EXCLUSION OF TIME |
| Defendant. | ) |

    The parties in this case agree and jointly request the Court to move the preliminary hearing in the above captioned case from October 21, 2015 to December 7, 2015 at 9:30 a.m. The reason for the request is to allow the defendant additional time to review the disclosure in this case.

    For the reasons stated, the parties hereby request that the preliminary hearing be rescheduled from October 21, 2015 to December 7, 2015, and submit that good cause exists to exclude and waive time between such dates under Federal Rule of Criminal Procedure 5.1(c) and (d) and the Speedy Trial

///

**AMENDED** STIPULATION AND [PROPOSED] ORDER

Act, 18 U.S.C. § 3161, to allow for the effective preparation of counsel, continuity of counsel, and taking into account the public interest in the prompt disposition of this criminal case.

IT IS SO STIPULATED.

DATED: October 19, 2015

                                    /s/
                            KIMBERLY HOPKINS
                            Assistant United States Attorney

                                    /s/
                            ANGELA HANSEN
                            Attorney for Defendant

## **[PROPOSED] ORDER**

For the reasons stated above the Court hereby CONTINUES the preliminary hearing in the aforementioned case from October 21, 2015 to December 7, 2015 at 9:30 a.m. The Court further finds that good cause exists to exclude and waive time between such dates under Federal Rule of Criminal Procedure 5.1(c) and (d) and the Speedy Trial Act, 18 U.S.C. § 3161, to allow for the effective preparation of counsel, continuity of counsel, and taking into account the public interest in the prompt disposition of this criminal case.

**IT IS SO ORDERED.**

DATED:                                          
                            HONORABLE DONNA M. RYU
                            UNITED STATES MAGISTRATE JUDGE

**AMENDED** STIPULATION AND [PROPOSED] ORDER